1   JEFFREY L. BORNSTEIN – 099358
    MICHAEL FREEDMAN – 262850
2   CARA E. TRAPANI – 313411
    ROSEN BIEN GALVAN & GRUNFELD LLP
3   50 Fremont Street, 19th Floor
    San Francisco, California 94105-2235
4   Telephone:   (415) 433-6830
    Facsimile:   (415) 433-7104
5   Email:       JBornstein@rbgg.com
                 MFreedman@rbgg.com
6                CTrapani@rbgg.com

7   ATTORNEYS FOR NON-PARTIES
    PAVEL PROSYANKIN AND JOHN DOE
8

9

10                  UNITED STATES DISTRICT COURT

11        NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

12

13  IN RE APPLICATION OF ILYAS            Case No. 4:17-mc-80107-KAW
    KHRAPUNOV PURSUANT TO 28
14  U.S.C. § 1782 FOR THE TAKING OF       **STIPULATION AND [PROPOSED]**
    DISCOVERY FOR USE IN A FOREIGN        **ORDER GRANTING EXTENSION OF**
15  PROCEEDING                            **TIME FOR REPLY PAPERS**

16                                        Judge:  Hon. Kandis A. Westmore
                                          Date:   November 16, 2017
17                                        Time:   1:00 p.m.

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR REPLY PAPERS**

[3186490.1]

Petitioner filed its opposition to the Motion to Quash the Subpoena on October 16, 2017. Non-Parties' reply papers are due on October 23, 2017. Undersigned counsel requests a two-day extension of time, to and including October 25, 2017 to file reply papers because he will be out of the state from October 19-23, 2017. Petitioner's counsel has no objections to this request so long as the Court will maintain the hearing date of November 16, 2017.

It is respectfully requested that the Court grant this request for extension of time.


DATED: October 18, 2017

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP


By: _____/s/ Jeffrey L. Bornstein_____
Jeffrey L. Bornstein

Attorneys for Non-Parties
Pavel Prosyankin and John Doe


By: _____/s/ Martha Boersch_____
Martha Boersch

Attorneys for Applicant
Ilyas Khrapunov


## CIVIL LOCAL RULE 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories hereto.


_____/s/ Jeffrey L. Bornstein_____
Jeffrey L. Bornstein

**STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR REPLY PAPERS**

[3186490.1]

**[~~PROPOSED~~] ORDER**

Based upon the representations of counsel and for good cause shown, **IT IS HEREBY ORDERED** that Non-Parties' request for a two-day extension of time to file its' reply papers is granted and the reply is now due on October 25, 2017.  The hearing will remain as scheduled for November 16, 2017.

DATED:  October 20, 2017

_____
THE HONORABLE KANDIS A. WESTMORE
United States Magistrate-Judge

**STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR REPLY PAPERS**

[3186490.1]