BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Applicant
ILYAS KHRAPUNOV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLICATION OF ILYAS KHRAPUNOV PURSUANT TO 28 U.S.C. § 1782 FOR THE TAKING OF DISCOVERY FOR USE IN A FOREIGN PROCEEDING,<br><br>Applicant. | Case No. 4:17-mc-80107-HSG (KAW)<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Date: March 1, 2018<br>Time: 2:00 p.m. |

Applicant Ilyas Khrapunov, by his counsel Martha Boersch, and non-Parties Pavel Prosyankin and John Doe (collectively "Objectors"), by their counsel Jeffrey L. Bornstein, hereby stipulate and agree as follows:

1. On October 1, 2017, Objectors Pavel Prosyankin and John Doe filed a motion to quash the subpoena Magistrate Judge Kandis A. Westmore issued on August 25, 2017, to Google, Inc. (Dkt. 8). Ilyas Khrapunov applied for that subpoena pursuant to 28 U.S.C. § 1782.

2. After briefing and oral argument on the motion to quash, Judge Westmore issued an order on November 22, 2017, granting in part and denying in part the Objectors' motion to quash. In the order, she granted the Objectors 15 days in which to file a motion in this Court for relief from her

order. (Dkt. 29).

3. On December 6, 2017, the Objectors filed a Motion for De Novo Determination of Dispositive Order of Magistrate Judge concurrently with an Administrative Motion to Augment Record and Set Briefing Schedule. (Dkts. 32 and 33). The Objectors have noticed March 1, 2018, as the hearing date for their motions.

4. The parties have conferred and have agreed to the following briefing schedule:

- Applicant Khrapunov's responses shall be filed on or before January 24, 2018.
- Any replies by the Objectors shall be filed on or before February 14, 2018.

5. This stipulated briefing schedule is sought due to the press of other matters. The proposed briefing schedule does not alter the noticed hearing date.

6. The proposed briefing schedule also does not alter the Stay issued by the Magistrate Judge in her November 22, 2017, order, which Objectors have argued should remain in effect for 10 days following a dispositive ruling by this Court on Objectors' Motion for De Novo Determination.

IT IS SO STIPULATED.

Dated: December 13, 2017           BOERSCH SHAPIRO LLP

                                             */s/ Martha Boersch*
                                             Martha Boersch
                                             Attorney for Applicant
                                             Ilyas Khrapunov

Dated: December 13, 2017           ROSEN BIEN GALVAN & GRUNFELD LLP

                                             */s/ Jeffrey L. Bornstein*
                                             Jeffrey L. Bornstein
                                             Attorney for Objectors
                                             Pavel Prosyankin and John Doe

2           STIPULATION AND ORDER SETTING BRIEFING SCHEDULE
Case No. 17-mc-80107-KAW

[3203997.1]

**ORDER**

IT IS HEREBY ORDERED, based on the foregoing stipulation of the parties and good cause appearing, Applicant Ilyas Khrapunov's oppositions to the Motion for De Novo Review and Administrative Motion to Augment Record and Set Briefing Schedule is due on or before January 24, 2018. Any replies by the Objectors shall be filed on or before February 14, 2018. This Order does not alter the Stay issued by the Magistrate Judge in her November 22, 2017, order (Dkt. 29), which shall remain in effect.

IT IS SO ORDERED.

Dated: December 13, 2017

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge