UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF ILYA KHRAPUNOV | Case No. 4:17-mc-80107-HSG   (KAW)<br>**JOINT STATUS REPORT ORDER**<br>Re: Dkt. Nos. 61, 62 |

On July 24, 2019, the Ninth Circuit vacated and remanded this matter to the district court, so that the court could conduct additional fact finding to determine whether judicial assistance is justified as it pertains to Applicant Khrapunov's request for discovery for use in a foreign proceeding under 28 U.S.C. § 1782.

On December 4, 2019, the district court referred discovery in this matter to the undersigned.

Given the passage of time, the parties are directed to file a joint status report by **January 24, 2020** to inform the Court as to the status of the foreign proceedings and, assuming Mr. Khrapunov is still seeking the discovery sought, propose a schedule for supplemental briefing. The joint status report shall not exceed 5 pages.

IT IS SO ORDERED.

Dated: December 20, 2019

KANDIS A. WESTMORE
United States Magistrate Judge