JEFFREY L. BORNSTEIN – 099358
MICHAEL FREEDMAN – 262850
CARA E. TRAPANI – 313411
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email:   JBornstein@rbgg.com
    MFreedman@rbgg.com
    CTrapani@rbgg.com

Attorneys for Non-Parties
PAVEL PROSYANKIN and JOHN DOE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLICATION OF ILYAS KHRAPUNOV PURSUANT TO 28 U.S.C., Sec 1782 FOR THE TAKING OF DISCOVERY FOR USE IN A FOREIGN PROCEEDING | Case No. 4:17-mc-80107-HSG<br><br>**JOINT STATUS REPORT IN RESPONSE TO COURT'S DECEMBER 20, 2019 ORDER** |

1  On December 20, 2019, the Court ordered the parties "to file a joint status report by January 24, 2020 to inform the Court as to the status of the foreign proceedings" and "propose a schedule for supplemental briefing." Dkt. 63 at 1. The parties have met and conferred and Applicant Ilyas Khrapunov informed Non-Parties Pavel Prosyankin and John Doe that he intends to file a request with the Court early next week requesting that his subpoena application be withdrawn, the subpoena issued to Google, Inc. on August 24, 2017 (Dkt. 6) vacated, and the case dismissed.

DATED: January 24, 2020

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Cara E. Trapani
Cara E. Trapani

Attorneys for Non-Parties Pavel Prosyankin and John Doe

DATED: January 24, 2020

BOERSCH SHAPIRO LLP

By: /s/ Martha Boersch
Martha Boersch

Attorney for Applicant Ilyas Khrapunov