BOERSCH & ILLOVSKY LLP
Martha Boersch (State Bar No. 126569)
martha@boersch-illovsky.com
Matthew Dirkes (State Bar No. 255215)
matt@boersch-illovsky.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Applicant
ILYAS KHRAPUNOV

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLICATION OF ILYAS KHRAPUNOV PURSUANT TO 28 U.S.C. § 1782 FOR THE TAKING OF DISCOVERY FOR USE IN A FOREIGN PROCEEDING,<br><br>Applicant. | Case No. 4:17-mc-80107-HSG<br><br>**REQUEST TO WITHDRAW SUBPOENA APPLICATION AND DISMISS CASE** |

Applicant Ilyas Khrapunov hereby requests that the subpoena application in the instant case (ECF No. 1) be withdrawn, the subpoena issued to Google, Inc. (ECF No. 6) be vacated, and this matter be dismissed.

Dated: February 3, 2020                              BOERSCH & ILLOVSKY LLP

　　　　　　　　　　　　　　　　　　　　　　 _/s/ Martha Boersch_____
　　　　　　　　　　　　　　　　　　　　　　Martha Boersch
　　　　　　　　　　　　　　　　　　　　　　Attorney for Applicant
　　　　　　　　　　　　　　　　　　　　　　ILYAS KHRAPUNOV