# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE APPLICATION OF ILYAS KHRAPUNOV PURSUANT TO 28 U.S.C. § 1782 FOR THE TAKING OF DISCOVERY FOR USE IN A FOREIGN PROCEEDING,<br><br>Applicant. | Case No. 4:17-mc-80107-HSG<br><br>**ORDER WITHDRAWING SUBPOENA APPLICATION AND DISMISSING CASE** |

Having reviewed the foregoing request and good cause having been shown, IT IS HEREBY ORDERED that the subpoena application in the instant case (ECF No. 1) be withdrawn, the subpoena issued to Google, Inc. (ECF No. 6) be vacated, and this matter be dismissed.

IT IS SO ORDERED.

Dated: 2/7/2020

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge